UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY SMITH, a/k/a
COURTNEY ALEXANDER,                    Case No. 24-12065
                                       Hon. Jonathan J.C. Grey
    Plaintiff,
v.

FORD FIELD MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART NON-PARTY STEVEN K. HAMP'S MOTION TO QUASH PLAINTIFF'S SUBPOENA (ECF No. 16)

On May 13, 2025, Plaintiff Courtney Smith, a/k/a Courtney Alexander ("Alexander") served Steven K. Hamp a subpoena and a notice that he would be deposed on June 11, 2025. (ECF No. 16-1.) On June 9, 2025, just two days before his scheduled deposition, Mr. Hamp filed a motion to quash the subpoena. (ECF No. 16.)

Mr. Hamp argues that he "is not a party to this action, he is not an officer, agent, representative, or employee of Defendant [Ford Field Management, LLC] and [he] has no relevant information related to Plaintiff's employment with Defendant." (*Id.* at PageID.121.) He further claims that "the information sought [by Alexander] is obtainable from

[other] parties[,]" and the subpoena "serves no other purpose than to subject [him] to annoyance, embarrassment, oppression, or undue burden or expense." (*Id.*) Lastly, he maintains that even if the Court found that he was an officer, agent, representative, or employee of Ford Field Management, LLC, the apex doctrine would preclude Alexander from seeking discovery from him. (*Id.*) In addition to his request for the Court to quash Alexander's subpoena, Mr. Hamp also seeks a protective order barring any future efforts to seek discovery from him and an award of attorney fees and costs associated with the filing of his motion. (*Id.* at PageID.126.) The Court is not convinced that Mr. Hamp is entitled to his requested relief.

First, Mr. Hamp has not given the Court enough time to consider arguments from Alexander in defense of the deposition. Instead, Mr. Hamp filed his motion just days before the scheduled deposition despite having received the notice nearly a month prior. Therefore, to ensure that Alexander's position is heard, the Court will conditionally grant Mr. Hamp's motion in order to allow Alexander time to file a response.

Accordingly, **IT IS HEREBY ORDERED** that Mr. Hamp's motion to quash (ECF No. 16) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Mr. Hamp need not appear for the deposition currently scheduled for June 11, 2025.

**IT IS FURTHER ORDERED** that Alexander file a response to Mr. Hamp's motion **on or before June 16, 2025**.

**IT IS FURTHER ORDERED** that the discovery deadline is **ADJOURNED** from July 8, 2025 to July 22, 2025. All other dates in the Court's April 16, 2026 amended Scheduling Order (ECF No. 15) shall remain unchanged.

SO ORDERED.

Date: June 10, 2025

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager