UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY SMITH, *a/k/a*
COURTNEY ALEXANDER,

       Plaintiff,                              Case No. 24-12065

v.                                                    Hon. Jonathan J.C. Grey

FORD FIELD MANAGEMENT, LLC,

       Defendant.

| | |
|---|---|
| David A. Nacht (P47034) | Gary S. Fealk (P53819) |
| Grace Cathryn Cretcher | Cameron D. Ritsema (P86887) |
| Alysa J. Wiggins (P88205) | BODMAN LAW |
| NACHTLAW, P.C. | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 201 W. Big Beaver Road, Suite 500 |
| 501 Avis Drive, Suite 3 | Troy, MI 48084 |
| Ann Arbor, MI 48108 | (248) 743-6000 |
| (734) 663-7550 | gfealk@bodmanlaw.com |
| dnacht@nachtlaw.com | critsema@bodmanlaw.com |
| gcretcher@nachtlaw.com | |
| awiggins@nachtlaw.com | |

**RE-NOTICE OF TAKING THE REMOTE DEPOSITION OF LINDSAY VERSTEGEN**

      The deposition shall be taken for any and all purposes allowed by the Federal Rules of Civil Procedures and shall be taken via remote conferencing technology by a person authorized to administer oaths in the State of Michigan:

      DEPONENT :     **LINDSAY VERSTEGEN**

      DATE:               **Friday, June 20th, 2025**

| | |
|---|---|
| TIME: | **1:00 p.m. EST** |
| LOCATION: | Zoom Remote Video Conference<br>Details to follow |
| COURT REPORTER: | **FORTZ LEGAL** |
| TAKEN BY: | Attorney for Plaintiff |

The deposition shall continue until completion. You are invited to attend and examine the witness.

## SUBPOENA *DUCES TECUM*

If not already produced, the deponent is required to provide all documents in their possession relating to this lawsuit, including, but not limited to:

A. Any and all documents related to Plaintiff Courtney Smith and/or the allegations in Plaintiff's Complaint or Defenses thereto;

B. Any and all documents relating to Plaintiff Courtney Smith including all notes, texts, emails, correspondence and memoranda; and

C. Any and all documents and emails relating to Plaintiff Courtney Smith all business and/or personal computers, smart phones or other devices of the deponent.

Respectfully submitted,

**NACHTLAW, P.C.**

/s/ Grace Cathryn Cretcher
Grace Cathryn Cretcher

Dated: June 5, 2025

## **PROOF OF SERVICE**

I hereby certify that on June 5th, 2025, I served the foregoing Notice of Deposition *Duces Tecum* to all of the attorneys of record via email.

 /s/ Ellen Bauer
 Ellen Bauer, Assistant Paralegal